UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

D. DEATON, et al
    *Plaintiff*,

v.

PATRICIA STEPHENS, et al
    *Defendants*.

CASE NO.  2:23-cv-00713-RDP

## RESPONSE IN OPPOSITION TO MOTION TO SEAL

COME NOW Plaintiffs respectfully request this Honorable Court deny Defendant Kim Davidson and Defendant Kim Davidson Law Office, LLC's Motion to Seal. In further support thereof, Plaintiffs state as follows:

1. Defendant Kim Davidson and Defendant Kim Davidson Law Office, LLC filed (doc. 93) regarding restricting communication with the media, even though Defendant Kim Davidson has provided public interviews regarding the same issues.

2. The undersigned was not provided with any communication from Defendants to this motion prior to filing their Motion for Immediate Hearing (doc. 93).

3. Plaintiffs provided a response and supporting documentation to allegations raised by Defendants to this motion requesting immediate action.

4. Defendants to this motion acknowledge that at least part of their statements (doc. 104 p. 7) raised to this Court were false.

5. All supporting documentation filed in response to the Defendants to this motion, excluding the unrelated return of service (doc. 114), are public documents including the record of the related court proceedings or public records from the Alabama State Bar.

6. The undersigned apologizes to the Court for not taking better care to ensure the records were redacted before this Court.

7. This Court entered an Order on July 25, 2023. (doc. 115)

8. Plaintiffs emailed all Defendants requesting any additional redactions.

9. None of the Defendants requested additional redactions.

10. Plaintiffs conferred with Defendants to this motion prior to the status report.

11. Plaintiffs provided a copy of the redactions to the Defendants to this motion to confirm the redactions prior to filing new copies. The related filings were approximately 100 pages.

12. Defendants to this motion provided no additional redactions to Plaintiffs prior to filing the latest Motion to Seal. (doc. 136)

13. Following this Court's order, Plaintiffs filed new copies that redacts confidential information pursuant to Rule 5.2. The new, redacted copies were provided to Defendants to this motion prior to filing.

14. Plaintiffs did not file redacted copies of these public documents to humiliate anyone, and Plaintiffs did not initiate these related filings.

**WHEREFORE**, Plaintiffs prays this Court deny Defendant Kim Davidson and Defendant Kim Davidson Law Office, LLC's Motion to Seal.

Respectfully submitted this 31st day of July, 2023.

/s/ *Scott Tindle*

Scott Tindle (State Bar No. 0698T79T)
Tindle Firm, LLC
Telephone: 251-202-9437
scott@tindlefirm.com

### CERTIFICATE OF SERVICE

I hereby certify that on the 31 day of July, 2023, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

| | |
|---|---|
| John G. Dana<br>GORDON, DANA & GILMORE, LLC<br>600 University Park Place, Suite 100<br>Birmingham, AL 35209<br>jdana@gattorney.com<br>*Counsel for Defendants, Caroline Taylor And Caroline O. Taylor, LLC* | Carl Williams<br>HALL BOOTH SMITH PC<br>2001 Park Place, Suite 870<br>Birmingham, Alabama 35203-2708<br>cwilliams@hallboothsmith.com<br>*Counsel for Defendants, Caroline Taylor And Caroline O. Taylor, LLC* |
| Barry A. Ragsdale<br>Robert S. Vance, III<br>DOMINICK FELD HYDE, P.C.<br>1130 22nd Street South, Suite 4000<br>Birmingham, AL 35205<br>bragsdale@dfhlaw.com | Robert P. MacKenzie<br>Averie L. Armstead<br>STARNES DAVIS FLORIE LLP<br>100 Brookwood Place, 7th Floor<br>Birmingham, AL 35209<br>bmackenzie@starneslaw.com |

| | |
|---|---|
| rvance@dfhlaw.com<br>*Counsel for Defendants, Wendy Crew, Christina Vineyard, Crew Gentle Law PC, And Crew Law Group* | aarmstead@starneslaw.com<br>*Counsel for Defendants, Jessica Kirk Drennan, Amanda Duncan, Kirk Drennan PC, and Bay Area Christian Counseling* |
| Stacy L. Moon<br>Jeremy W. Richter<br>GORDON REES SCULLY MANSUKHANI, LLP<br>420 North 20th St., Suite 2200<br>Birmingham, AL 35203<br>smoon@grsm.com<br>jrichter@grsm.com<br>*Counsel for Defendants, Paige Yarbrough, Deborah Gregory, Laura Montgomery Lee, Judith Crittenden and Crittenden Partners, PC* | Bruce Rogers<br>Betsy Nicholson Terenzi<br>BAINBRIDGE MIMS ROGERS & SMITH LLP<br>The Luckie Building<br>600 Luckie Drive, Suite 415<br>Birmingham, Alabama 35223<br>brogers@bainbridgemims.com<br>bterenzi@bainbridgemims.com<br>*Counsel for Heather Fann* |
| Joseph F. Stott<br>STOTT & HARRINGTON, PC<br>2637 Valleydale Road, Ste. 100<br>Hoover, Alabama 35244<br>joe@stottharrington.com<br>*Counsel for Defendants, Wendy Crew, Christina Vineyard, and Crew Gentle Law,*<br>*PC, and Crew Law Group* | Dagney Johnson<br>DAGNEY JOHNSON LAW GROUP, LLC<br>2120 1st Avenue North<br>Birmingham, AL 35203<br>dagney@dagneylaw.com<br>*Counsel for Defendants, Clotele Brantley and Defendant Hardy Law Firm* |
| Jennifer D, Segers<br>HUIE FERNAMBUCQ & STEWART, P.C.<br>3291 Highway 280, Ste. 200<br>Birmingham, Alabama 35243<br>jsegers@huielaw.com<br>*Counsel for Thomas McKnight, Jay Clark and Gary Lee and Wallace Jordan Ratliff and Brandt, LLC* | Scott Gilliland, Esq.<br>LAW OFFICE OF SCOTT GILLILAND<br>400 Vestavia Parkway, Suite 100<br>Vestavia, Alabama 35216-3750<br>scott@scottgilliland.net<br>*Counsel for Kim Davidson; Kim Davidson Law Office, LLC* |
| Carter H Dukes<br>Christian C. Feldman<br>SCOTT DUKES & GEISLER PC<br>211 22nd Street North<br>Birmingham, AL 35203<br>cdukes@scottdukeslaw.com<br>cfeldman@scottdukeslaw.com<br>*Counsel for Defendants, Michael Labellarte and CPE Clinic LLC* | Douglas J. Centeno<br>BENTON, CENTENO & MORRIS, LLP<br>2019 Third Avenue North<br>Birmingham, Alabama 35203<br>dcenteno@bcattys.com<br>*Counsel for Defendants, Compton Wilson, Renee Wilson, Erika Goldman and Southern Maryland Dredging, Inc.* |
| Cameron Wayne Elkins | Robert V Wood, Jr<br>WILMER & LEE PA |

| | |
|---|---|
| OFFICE OF THE ATTORNEY GENERAL OF ALABAMA<br>Civil Division<br>501 Washington Avenue<br>Montgomery, AL 36104<br>cameron.elkins@alabamaag.gov<br>*Counsel for Patricia Stephens, Alisha Ruffin May and Madison Brantley* | PO Box 2168<br>100 Washington Street, Suite 200<br>Huntsville, AL 35804<br>bwood@wilmerlee.com<br>*Counsel for David Kellner and Solace Family Counseling LLC* |
| William Mellor Bains Fleming , III<br>NORMAN WOOD KENDRICK & TURNER<br>1130 22nd Street South<br>Suite 3000<br>Birmingham, AL 35203<br>bfleming@nwkt.com<br>*Counsel for Dale Maynard* | Robert L Beeman, II<br>BEEMAN LAW FIRM<br>3720 4th Avenue South<br>Birmingham, AL 35222 205-422-9015<br>rlbsportsmgnt12@gmail.com<br>*Counsel for Everett Wess and The Wess Law Firm, P.C.* |
| Robert M. Ronnlund<br>SCOTT SULLIVAN STREETMAN & FOX PC<br>P.O. Box 380548<br>Birmingham, Alabama 35238<br>ronnlund@sssandf.com<br>*Counsel for Terri Miller* | Eris Bryan Paul<br>P. Anthony Irwin, III<br>CLARK MAY PRICE LAWLEY DUNCAN & PAUL, LLC<br>3070 Green Valley Road<br>PO Box 43408<br>Birmingham, Alabama 35243<br>bpaul@clarkmayprice.com<br>airwin@clarkmayprice.com<br>*Counsel for Deegan Malone* |
| P. Thomas Dazzio, Jr.<br>Jess S. Boone<br>Ethan Wright<br>FRIEDMAN DAZZIO & ZULANAS, PC<br>3800 Corporate Woods Drive<br>Birmingham, Alabama 35242<br>tdazzio@friedman-lawyers.com<br>jboone@friedman-lawyers.com<br>ewright@friedman-lawyers.com<br>*Counsel for Alan Blotcky* | Agnes Chappell<br>Domestic Relations Building, Ste. 230<br>2124 Seventh Avenue North<br>Birmingham, Alabama 35203 |
| Alan D. Blotcky Ph.D. LLC<br>529 Beacon Pkwy W #107<br>Birmingham, AL 35209 | Marcus Jones<br>300 Arrington Blvd., N, Ste. 200<br>Birmingham, AL 35203 |
| Carolyn Wyatt<br>1945 Indian Lake Drive<br>Birmingham, AL 35244 | Gary Wyatt<br>1945 Indian Lake Drive<br>Birmingham, AL 35244 |

5

| | |
|---|---|
| Robert Eric Mashburn<br>3840 Ridgeway Drive<br>Birmingham, AL 35209 | Hope For Healing LLC<br>1831 Forest Drive, Suite F<br>Annapolis, MD 21401 |
| St. Anne's School of Annapolis Incorporated<br>3112 Arundel on the Bay Rd<br>Annapolis, MD 21403 | Connie Coker<br>3112 Arundel on the Bay Rd<br>Annapolis, MD 21403 |
| Andrea Weiss<br>3112 Arundel on the Bay Rd<br>Annapolis, MD 21403 | Craig Langrall<br>6115 Franklin Gibson Rd<br>Tracy's Landing, MD 20779 |

/s/ *Scott Tindle*

Scott Tindle (State Bar No. 0698T79T)
Tindle Firm, LLC
Telephone: 251-202-9437
scott@tindlefirm.com