IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| D. DEATON, et al. | ) |
| Plaintiffs. | ) |
| v. | ) CASE NO.: 23-cv-00713-RDP |
| PATRICIA STEPHENS, et al. | ) |
| Defendants. | ) |

**MOTION TO SEAL DOCUMENT 150 and
MOTION TO SHOW CAUSE AS TO
WHY PLAINTIFFS SHOULD NOT BE SANCTIONED**

**NOW COME** Defendants Kim Davidson and Kim Davidson Law Office, LLC, and move this Honorable Court to seal Document 150 from the record and order the Plaintiffs to show cause as to why Plaintiffs should not be sanctioned for their willful violation of the administrative filing procedures. In support of this motion, these Defendants show as follows:

The CM/ECF administrative procedures of this Honorable Court provide as follows:

"To address the privacy concerns created by Internet access, you should not include certain types of sensitive information in any document filed with the court unless such inclusion is necessary and relevant to the case. You must remember that any personal information not otherwise protected will be made available over the Internet via CM/ECF. Pursuant to the E-Government Act, e-filers are required to redact the five personal data identifiers from electronically filed documents, unless otherwise ordered by the court:

1.    Social Security numbers. If an individual's social security number must be included in a document, only the last four digits of that number should be used.

    2.    Names of minor children. If the involvement of a minor child must be mentioned, only the initials of that child should be used.

    3.    Dates of birth. If an individual's date of birth must be included in a document, only the year should be used.

    4.    Financial account numbers. If financial account numbers are relevant, only the last four digits of these numbers should be used.

    5.    Addresses of Individuals. If the address of an individual is relevant, only the city and state should be used."

(CM/ECF Administrative Procedures - Civil 05-18-2021)

On July 25, 2023, this Honorable Court ordered that "Plaintiffs SHALL NOT file any further documents in violation of ... the court's CM/ECF administrative procedures. All further documents filed in this case by any party SHALL comply with ... the court's CM/ECF administrative procedures. Any further violations ... the court's CM/ECF administrative procedures may result in sanctions" (Doc. 115)

Notwithstanding the order of the Court, on or about July 31, 2023, the Plaintiffs filed Doc. 131-1 in violation of the administrative procedures.

On August 1, 2023, the Court ordered the parties to review the docket and file redacted versions of any documents previously filed in violation of Rule 5.2 and/or the administrative procedures.

Notwithstanding the Court's orders of January 25, 2023 (Doc, 115) and August 1, 2023, Plaintiffs filed Document 150 on August 3, 2023.  Document 150 contains the complete residential mailing address of Defendant Craig Langrall in violation of the administrative procedures and the Order entered on January 25, 2023.

WHEREFORE, these Defendants move this Honorable Court to seal Document 150 and order the Plaintiffs to show cause as to why Plaintiffs should not be sanctioned for filing Documents 131-1 and 150 in violation of the administrative procedures and Order of the Court.

Respectfully submitted,

s/Scott A. Gilliland
Counsel for Kim Davidson and
Kim Davidson Law Office LLC

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served via the Court's Electronic Filing System and or U.S. Mail on this _3rd_ day of __August__ as follows:

Scott Tindle
Counsel for Plaintiffs
scott@tindlefirm.com

Cameron Wayne Elkins
Counsel for Patricia Stephens, Alisha Ruffin May, Madison Brantley, and Agnes Chappell
generalcivil@alabamaag.gov

Averie Louise Armstead
Counsel for Jessica Kirk Drennan, Amanda Duncamm and Kirk Drennan, P.C.
Aarmstead@starneslaw.com

Robert Preston MacKenzie, III
Counsel for Jessica Kirk Drennan, Amanda Duncamm and Kirk Drennan, P.C.
RPM@starneslaw.com

Dagney Johnson
Counsel for Clotele Brantley and The Hardy Law Firm
dagney@dagneylaw.com

Robert L. Beeman, II
Counsel for Everett Wess and The Wess Law Firm, P.C.
rlbsportsmgmt12@gmail.com

Stacy L. Moon
Counsel for Laura Montgomery Lee, Paige Yarbrough, Deborah Gregory, Judith Crittenden and Crittenden Partners, P.C.
smoon@grsm.com

Jeremy W. Richter
Counsel for Laura Montgomery Lee, Paige Yarbrough, Deborah Gregory, Judith Crittenden and Crittenden Partners, P.C.
jrichter@grsm.com

Jennifer Devereaux Segers
Counsel for Gary W. Lee, Thomas McKnight, Jr., and Jay Clark
jsegers@huielaw.com

Douglas J. Centeno
Counsel for Rene Wilson, Compton Wilson, Erika Goldman, and Southern Maryland Dredging Inc.
Dcenteno@bcattys.com

Carter Dukes
Counsel for Michael Labellarte and CPE Clinic LLC
cdukes@scottdukeslaw.com

Christian Collier Feldman
Counsel for Michael Labellarte and CPE Clinic LLC
cfeldman@scottdukeslaw.com

William Mellor Bains Fleming, III
Counsel for Dale Maynard
bfleming@nwkt.com

Robert R. Ronnlund
Counsel for Terri Miller
ronnlund@sssandf.com

Robert V. Wood, Jr
Counsel for David Kellner and Solace Family Counseling, LLC
bwood@wilmerlee.com

Eric Bryan Paul
Counsel for Deegan Malone
bpaul@clarkmayprice.com

Wesley C. Redmond
wredmond@fordharrison.com

Connie Coker
Annapolis, MD 21403

Peter Thomas Dazzio, Jr.
Counsel for Alan Blotcky
tdazzio@friedman-lawyers.com

Joseph E. Stott
Counsel for Wendy Crew, Christina Vineyard, Crew Gentle Law PC and Crew Law Group
joe@stottharrington.com

Barry Ragsdale
Counsel for Wendy Crew, Christina Vineyard, Crew Gentle Law PC and Crew Law Group
BRagsdale@dfhlaw.com

Robert Smith Vance, III
Counsel for Wendy Crew, Christina Vineyard, Crew Gentle Law PC and Crew Law Group
rvance@dfhlaw.com

Elizabeth Jones Flachsbart
Counsel for Marcus Jones
eflachsbart@balch.com

Craig Langrall
Tracy's Landing, MD 20779

Carolyn Wyatt
Birmingham, AL 35244

Gary Wyatt
Birmingham, AL 35244

Robert Eric Mashburn
Birmingham, AL 35209

John G. Dana
Counsel for Caroline Taylor and Caroline O. Taylor PC
jdana@gattorney.com

Carl Christian Williams
Counsel for Caroline Taylor and Caroline O. Taylor PC
cwilliams@hallboothsmith.com

Bruce F. Rogers
Counsel for Heather Fann
brogers@bainbridgemims.com

Elizabeth Nicholson Terenzi
Counsel for Heather Fann
bterenzi@bainbridggemims.com

Wallace Jordan Ratliff & Brandt LLC

St. Anne's School of Annapolis Incorporated
Annapolis, MD 21403

Hope for Healing LLC
Annapolis, MD  21401

Bay Area Christian Ccounseling
Annapolis, MD 21401

Alan D. Blotcky, PhD LLC

/s/Scott A Gilliland