**Jeremy Richter**

| | |
|---|---|
| **From:** | Scott Tindle <scott@tindlefirm.com> |
| **Sent:** | Friday, July 7, 2023 10:25 AM |
| **To:** | Stacy Moon |
| **Cc:** | Jeremy Richter |
| **Subject:** | Re: Deaton et al. v. Crittenden Partners, et al. [IMAN-LEGAL.FID10399723] |

Stacy,

After reviewing your Rule 11 demand from three of your clients and consulting with my clients, we maintain the veracity of the allegations in the complaint and look forward to proving them at trial. These allegations were made after more than a reasonable inquiry and after I personally reviewed the supporting evidence. Certain allegations you reference directly were largely confirmed by your clients' co-counsel and Ms. Lee's husband in his Motion for Sanctions that has not been filed with the Court.

Should you still believe you are entitled to any relief under Rule 11, which would be mistaken, we will not object to the timeliness of the filing should you choose to do so before the 21 day period runs.

As you know and mention in your letter, the allegations regarding Ms. Gregory absconding with G.M.W. are true and disturbing and Ms. Peake remains without the subpoenaed records regarding her child. Your allegation regarding my client contacting Ms. Gregory is misguided and I have to assume was sent without you reviewing the related communication. Mr. Wyatt included Ms. Gregory on communication regarding coordinating visitation of G.M.W. If Ms. Gregory does not want to be included in communication to Ms. Peake, she can communicate that to her current client, Mr. Wyatt, directly. Ms. Gregory is withholding records of G.M.W. and Ms. Peake asked to pick those up. I will let Ms. Peake know that if Mr. Wyatt includes Ms. Gregory on communication that you would like any response to go through your office while you are involved in this case.

Scott

On Fri, Jul 7, 2023 at 7:35 AM Stacy Moon <smoon@grsm.com> wrote:

> Dear Scott,
>
> We attach rule 11 letters with respect to allegations in your complaint related to Ms. Lee, Ms. Gregory, and Ms. Yarbrough. Please dismiss all of the Crittenden Partners, and particularly address the issues related to those three no later than July 28, 2023.
>
> Please feel free to call Jeremy or me to discuss further, if you like.
>
> Sincerely,

1

Stacy L. Moon



**STACY L. MOON** | Partner

420 North 20th Street, Suite 2200
Birmingham, AL 35203
D: 205-980-8200 | C: 205-761-3031 | smoon@grsm.com

www.grsm.com
vCard

This email communication may contain CONFIDENTIAL INFORMATION WHICH ALSO MAY BE LEGALLY PRIVILEGED and is intended only for the use of the intended recipients identified above. If you are not the intended recipient of this communication, you are hereby notified that any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is strictly prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify us by reply email, delete the communication and destroy all copies.

**GORDON REES SCULLY MANSUKHANI, LLP**
**YOUR 50 STATE PARTNER®**
http://www.grsm.com

--

