FILED
2023 Aug-24  PM 02:39
U.S. DISTRICT COURT
N.D. OF ALABAMA

## AFFIDAVIT OF DEBORAH A. GREGORY

Before me, the undersigned authority, personally appeared Deborah A. Gregory, who being known to me and by me first duly sworn, deposes, and states as follows:

1. My name is Deborah A. Gregory. I am over nineteen years of age and am competent to make this affidavit. The information contained herein is based upon my personal knowledge.

2. On June 21, 2020, I received a call from my client, Mr. S. Wyatt, stating that he could not find someone to take his child, G.M.W., to the drop-off with Ms. T. Peake.

3. Mr. Wyatt could not take G.M.W. because he was subject to a protection-from-abuse order that prevented him from being in the physical presence of Ms. T. Peake.

4. I offered to take G.M.W. to the drop-off. Mr. S. Wyatt consented to my doing so.

5. After picking up G.M.W., with permission of their parent Mr. S. Wyatt, I took them to the drop-off and delivered them into the physical care and custody of Ms. T. Peake.

6. According to the Complaint, I refused to comply with a subpoena for babysitting records. (Doc. 1 at ¶ 266). I have not been served with a copy of the purported subpoena.

7. I have not performed babysitting services for G.M.W.

8. I have not had G.M.W. in my care or control without the consent of his parent, Mr. S. Wyatt.


Further, Affiant saith not.

_Deborah A. Gregory_

STATE OF ALABAMA                    )
                                    )
COUNTY OF Jefferson                 )

I, Lindsay Van Noy , a Notary Public in and for said County in said State, hereby certify that Deborah A. Gregory whose name is signed to the foregoing Affidavit, and who is known to me, acknowledged before me on this day that, being informed of the contents of the Affidavit, executed the same voluntarily on the day the same bears date.

GIVEN under my hand and seal this ___1st___ day of ___August___, 2023.

[SEAL]

Notary Public
My commission expires on: 2/28/26

2