UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| D. DEATON, et al., | } |
| | } |
|    Plaintiffs, | } |
| | } |
| v. | }   Case No.: 2:23-cv-00713-RDP |
| | } |
| PATRICIA STEPHENS, et al., | } |
| | } |
|    Defendants. | } |

### SHOW CAUSE ORDER

This case is before the court on the pending Motions to Dismiss. (Docs. # 45, 49, 50, 51, 57, 66, 79, 84, 105, 107, 120, 125, 137, 138, 139, 148, 155, 158, 160, 161, 162, 166, 167, 169, 174, 177, and 181). The various Motions to Dismiss raise numerous issues, some of which apply only to certain Defendants. But there are other issues that may apply to all Defendants. Therefore, **on or before September 6, 2023**, Plaintiffs **SHALL SHOW CAUSE** in writing why this action should not be dismissed under:

1. the *Rooker-Feldman* Doctrine,

2. the *Younger* Abstention Doctrine,

3. the *Colorado River* Abstention Doctrine, and/or

4. the Child-Custody Exception to Federal Jurisdiction.

Defendants may reply **on or before September 8, 2023**.

**DONE** and **ORDERED** this August 24, 2023.

_____
R. DAVID PROCTOR
UNITED STATES DISTRICT JUDGE