FILED

2023 Sep-01  PM 08:33
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

D. DEATON, et al
     *Plaintiff*,

  v.

PATRICIA STEPHENS, et al
     *Defendants*.

CASE NO.  2:23-cv-00713-RDP

**MOTION TO CLARIFY OR IN THE ALTERNATIVE MOTION FOR EXTENSION OF**

**TIME TO SERVE COMPLAINT**

COME NOW Plaintiffs respectfully request this Honorable Court to clarify that service on

an individual shareholder of an entity is effective service or grant an extension of time for

Plaintiffs to serve alias summons on (2) Defendant entities. In further support thereof,

Plaintiffs state as follows:

1.    Plaintiffs have served all individual Defendants in this action.

2.    The principals of all Defendant entities have been served.

3.    Plaintiffs believe service has been perfected on all Defendants following instructions from

    the Clerk.

4.      At least one Defendant believes entities are to be bound to respond to the Complaint

pursuant to the date the principal of the entity was served[1].

5.      Plaintiffs have attempted to resolve any potential disputes regarding service of all

Defendants.

6.      Plaintiffs understand Wallace, Jordan, Ratliff & Brandt LLC have retained Ms. Jennifer

Segers of Huie Fernambucq & Stewart, P.C. as counsel.

7.      Plaintiffs have served the Managing Partner and two additional partners at Wallace, Jordan,

Ratliff & Brandt LLC, who are individual defendants. Plaintiffs have requested Huie

Fernambucq & Stewart, P.C. inform the Court as to their representation of Wallace, Jordan,

Ratliff & Brandt LLC after the managing partner was served, but a notice of appearance

and/or waiver of summons have not been filed as of the time of this motion.

8.      Plaintiffs have communicated[2] with counsel for Dr. Alan Blotcky, who has been served[3]

and filed a "Motion to Dismiss" (doc. 161), regarding a notice of appearance and/or waiver

of summons of the entity Alan D. Blotcky, Ph.D., LLC.

9.      On August 25, 2023, Thomas Dazzio, Ethan Wright and Jess Boone of Friedman, Dazzio

and Zulanas, P.C. each filed separate motions to withdraw (doc. 184, doc. 185 and doc.

186) before this Court. Due to recent changes in counsel, Plaintiffs request additional time

to serve Alan D. Blotcky, Ph.D., LLC via alias summons if the Court finds the entity is not

bound to the same response date as the shareholder and registered agent.

---

[1] doc. 22 p. 1 at footnote 1

[2] On July 25, 2023, Plaintiffs communicated with counsel regarding Dr. Blocky's entity (Defendant Alan D. Blotcky, Ph.D., LLC). Plaintiffs continued attempting to communicating with Dr. Blocky's counsel regarding a notice of appearance and/or waiver of summons of Defendant Alan D. Blotcky, Ph.D., LLC.

[3]The process server reported Dr. Alan Blotcky evaded service and many attempts were required.

10.    Out of an abundance of caution, Plaintiffs request a 30-day extension to file an alias summons on Wallace, Jordan, Ratliff & Brandt LLC and Alan D. Blotcky, Ph.D., LLC if the Court finds service on the shareholder is not sufficient.

**WHEREFORE**, Plaintiffs pray this Court will clarify that service on an individual shareholder of an entity is effective service or grant an extension of time to serve alias summons on (2) Defendant entities.

Respectfully submitted this 1st day of September, 2023.

/s/ *Scott Tindle*

Scott Tindle (State Bar No. 0698T79T)
Tindle Firm, LLC
Telephone: 251-202-9437
scott@tindlefirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of September, 2023, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

| | |
|---|---|
| John G. Dana<br>GORDON, DANA & GILMORE, LLC<br>600 University Park Place, Suite 100<br>Birmingham, AL 35209<br>jdana@gattorney.com<br>*Counsel for Defendants, Caroline Taylor And Caroline O. Taylor, LLC* | Carl Williams<br>HALL BOOTH SMITH PC<br>2001 Park Place, Suite 870<br>Birmingham, Alabama 35203-2708<br>cwilliams@hallboothsmith.com<br>*Counsel for Defendants, Caroline Taylor And Caroline O. Taylor, LLC* |

| | |
|---|---|
| Barry A. Ragsdale<br>Robert S. Vance, III<br>DOMINICK FELD HYDE, P.C.<br>1130 22nd Street South, Suite 4000<br>Birmingham, AL 35205<br>bragsdale@dfhlaw.com<br>rvance@dfhlaw.com<br>*Counsel for Defendants, Wendy Crew, Christina Vineyard, Crew Gentle Law PC, And Crew Law Group* | Robert P. MacKenzie<br>Averie L. Armstead<br>STARNES DAVIS FLORIE LLP<br>100 Brookwood Place, 7th Floor<br>Birmingham, AL 35209<br>bmackenzie@starneslaw.com<br>aarmstead@starneslaw.com<br>*Counsel for Defendants, Jessica Kirk Drennan, Amanda Duncan, Kirk Drennan PC, and Bay Area Christian Counseling* |
| Stacy L. Moon<br>Jeremy W. Richter<br>GORDON REES SCULLY MANSUKHANI, LLP<br>420 North 20th St., Suite 2200<br>Birmingham, AL 35203<br>smoon@grsm.com<br>jrichter@grsm.com<br>*Counsel for Defendants, Paige Yarbrough, Deborah Gregory, Laura Montgomery Lee, Judith Crittenden and Crittenden Partners, PC* | Bruce Rogers<br>Betsy Nicholson Terenzi<br>BAINBRIDGE MIMS ROGERS & SMITH LLP<br>The Luckie Building<br>600 Luckie Drive, Suite 415<br>Birmingham, Alabama 35223<br>brogers@bainbridgemims.com<br>bterenzi@bainbridgemims.com<br>*Counsel for Heather Fann* |
| Joseph F. Stott<br>STOTT & HARRINGTON, PC<br>2637 Valleydale Road, Ste. 100<br>Hoover, Alabama 35244<br>joe@stottharrington.com<br>*Counsel for Defendants, Wendy Crew, Christina Vineyard, and Crew Gentle Law, PC, and Crew Law Group* | Dagney Johnson<br>DAGNEY JOHNSON LAW GROUP, LLC<br>2120 1st Avenue North<br>Birmingham, AL 35203<br>dagney@dagneylaw.com<br>*Counsel for Defendants, Clotele Brantley and Defendant Hardy Law Firm* |
| Jennifer D. Segers<br>HUIE FERNAMBUCQ & STEWART, P.C.<br>3291 Highway 280, Ste. 200<br>Birmingham, Alabama 35243<br>jsegers@huielaw.com<br>*Counsel for Thomas McKnight, Jay Clark and Gary Lee and Wallace Jordan Ratliff and Brandt, LLC* | Scott Gilliland, Esq.<br>LAW OFFICE OF SCOTT GILLILAND<br>400 Vestavia Parkway, Suite 100<br>Vestavia, Alabama 35216-3750<br>scott@scottgilliland.net<br>*Counsel for Kim Davidson; Kim Davidson Law Office, LLC* |
| Carter H Dukes<br>Christian C. Feldman<br>SCOTT DUKES & GEISLER PC<br>211 22nd Street North<br>Birmingham, AL 35203<br>cdukes@scottdukeslaw.com | Douglas J. Centeno<br>BENTON, CENTENO & MORRIS, LLP<br>2019 Third Avenue North<br>Birmingham, Alabama 35203<br>dcenteno@bcattys.com |

| | |
|---|---|
| cfeldman@scottdukeslaw.com<br>*Counsel for Defendants, Michael Labellarte and CPE Clinic LLC* | *Counsel for Defendants, Compton Wilson, Renee Wilson, Erika Goldman and Southern Maryland Dredging, Inc.* |
| Cameron Wayne Elkins<br>OFFICE OF THE ATTORNEY GENERAL OF ALABAMA<br>Civil Division<br>501 Washington Avenue<br>Montgomery, AL 36104<br>cameron.elkins@alabamaag.gov<br>*Counsel for Patricia Stephens, Alisha Ruffin May, Madison Brantley and Agnes Chappell* | Robert V Wood, Jr<br>WILMER & LEE PA<br>PO Box 2168<br>100 Washington Street, Suite 200<br>Huntsville, AL 35804<br>bwood@wilmerlee.com<br>*Counsel for David Kellner and Solace Family Counseling LLC* |
| William Mellor Bains Fleming , III<br>NORMAN WOOD KENDRICK & TURNER<br>1130 22nd Street South<br>Suite 3000<br>Birmingham, AL 35203<br>bfleming@nwkt.com<br>*Counsel for Dale Maynard* | Robert L Beeman, II<br>BEEMAN LAW FIRM<br>3720 4th Avenue South<br>Birmingham, AL 35222 205-422-9015<br>rlbsportsmgnt12@gmail.com<br>*Counsel for Everett Wess and The Wess Law Firm, P.C.* |
| Robert M. Ronnlund<br>SCOTT SULLIVAN STREETMAN & FOX PC<br>P.O. Box 380548<br>Birmingham, Alabama 35238<br>ronnlund@sssandf.com<br>*Counsel for Terri Miller* | Eris Bryan Paul<br>P. Anthony Irwin, III<br>CLARK MAY PRICE LAWLEY DUNCAN & PAUL, LLC<br>3070 Green Valley Road<br>PO Box 43408<br>Birmingham, Alabama 35243<br>bpaul@clarkmayprice.com<br>airwin@clarkmayprice.com<br>*Counsel for Deegan Malone* |
| P. Thomas Dazzio, Jr.<br>Jess S. Boone<br>Ethan Wright<br>FRIEDMAN DAZZIO & ZULANAS, PC<br>3800 Corporate Woods Drive<br>Birmingham, Alabama 35242<br>tdazzio@friedman-lawyers.com<br>jboone@friedman-lawyers.com<br>ewright@friedman-lawyers.com<br>*Counsel for Alan Blotcky* | T. Wells<br>Maynard Nexsen<br>1901 Sixth Avenue North<br>Suite 1700<br>Birmingham, AL 35203<br>twells@maynardnexsen.com<br>*Counsel for Hope for Healing, LLC* |
| Elizabeth Flachsbart<br>Stan Cash | Wesley Redmond<br>Ford Harrison |

| | |
|---|---|
| Balch & Bingham<br>1901 Sixth Avenue North<br>Suite 1500<br>Birmingham, AL 35203<br>eflachsbart@balch.com<br>*Counsel for Marcus Jones* | 420 20th Street North, Suite 2560<br>Birmingham, AL 35203<br>wredmond@fordharrison.com<br>*Counsel for St. Anne's School, Connie Choker and Andrea Weiss* |
| Melisa Zwilling<br>Carr Allison<br>100 Vestavia Pkwy<br>Vestavia Hills, AL 35216<br>mzwilling@carrallisoncom<br>*Counsel for Jessica Kirk Drennan, Amanda Duncan and Kirk.Drennan, PC* | Gary Wyatt<br>Birmingham, AL 35244 |
| Carolyn Wyatt<br>Birmingham, AL 35244 | Alan D. Blotcky Ph.D. LLC<br>529 Beacon Pkwy W #107<br>Birmingham, AL 35209 |
| Craig Langrall<br>Tracy's Landing, MD 20779 | Robert Eric Mashburn<br>Birmingham, AL 35209 |

/s/ *Scott Tindle*

Scott Tindle (State Bar No. 0698T79T)
Tindle Firm, LLC
Telephone: 251-202-9437
scott@tindlefirm.com