# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| D. DEATON, et al., | } |
| Plaintiffs, | } |
| v. | }   Case No.: 2:23-cv-00713-RDP |
| PATRICIA STEPHENS, et al., | } |
| Defendants. | } |

## ORDER

In accordance with the accompanying Memorandum Opinion, the pending Motions to Dismiss (Docs. # 45, 49, 50, 51, 57, 79, 84, 105, 120, 125, 137, 138, 139, 148, 155, 158, 160, 161, 162, 166, 167, 169, 174, 177, 181, 188, 189, 192, and 196) are **GRANTED**. All claims in Plaintiffs' Complaint are **DISMISSED WITHOUT PREJUDICE**. The pending Motions to Disqualify (Docs. # 45, 79) are **MOOT**.

Costs are taxed against Plaintiffs.

The court retains jurisdiction over this matter to consider any appropriate motions for sanctions but the pending motions for sanctions (Docs. # 66, 107, 182) are **ADMINISTRATIVELY TERMINATED**. **On or before October 1, 2023**, Defendants **MAY** file updated motions for sanctions that take into account the court's disposition of the motions to dismiss.

**DONE** and **ORDERED** this September 19, 2023.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE