Case 2:23-cv-00713-RDP   Document 232   Filed 03/26/24   Page 1 of 3
USCA11 Case: 23-13622   Document: 159   Date Filed: 03/26/2024   Page: 1 of 3

FILED
2024 Mar-27  AM 08:31
U.S. DISTRICT COURT
N.D. OF ALABAMA

# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 23-13622

_____

D. DEATON,
T. PEAKE,
J.K.D.,
L.W.D.,
R.E.D., et al.,

                    Plaintiffs-Appellants,

*versus*

PATRICIA STEPHENS,
Judge, 10th Judicial Circuit Court of Alabama,
Domestic Relations,
AGNES CHAPPELL,
Judge, Municipal Court, City of
Birmingham, Alabama,
ALISHA RUFFIN MAY,
Judge, 10th Judicial Circuit Court of Alabama,
Domestic Relations,

2                Order of the Court                23-13622

JESSICA KIRK DRENNAN,
AMANDA DUNCAN, et al.,

                               Defendants-Appellees.

_____

Appeal from the United States District Court
for the Northern District of Alabama
D.C. Docket No. 2:23-cv-00713-RDP

_____

ORDER:

The motions of Appellees Bay Area Christian Counseling, LLC; Terri Miller; St. Anne's School of Annapolis, Incorporated; Connie Coker; and Andrea Weiss to adopt in full the "Opening Brief of Appellees Paige Yarbrough, Deborah Gregory, Laura Montgomery Lee, Judith Crittenden, and Crittenden Partners, P.C." in lieu of filing separate briefs are GRANTED.

The motions of Appellees Dale Maynard and Hope for Healing, LLC to adopt the "Opening Brief of Appellees Paige Yarbrough, Deborah Gregory, Laura Montgomery Lee, Judith Crittenden, and Crittenden Partners, P.C." are GRANTED IN PART to the extent that brief includes arguments not contained in "Appellees Dale Maynard and Hope for Healing, LLC's Opening Brief."

23-13622            Order of the Court            3

      The motions of Appellees Solace Family Counseling, LLC and David Kellner to adopt the "Opening Brief of Appellees Paige Yarbrough, Deborah Gregory, Laura Montgomery Lee, Judith Crittenden, and Crittenden Partners, P.C." are GRANTED IN PART to the extent that brief includes arguments not contained in the "Opening Brief of Appellees David Kellner and Solace Family Counseling, LLC."

      /s/ Barbara Lagoa
      UNITED STATES CIRCUIT JUDGE